UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| **ROSE D. BARRICK** ) | Case Number 1:12-cv-01249-RJA |
| ) |  |
| **Plaintiff** ) |  |
| ) |  |
| vs. ) |  |
| ) |  |
| **CAPITAL MANAGEMENT SERVICES,** ) |  |
| **LP** ) |  |
| **&** ) |  |
| **Defendant** ) |  |
| ) |  |

## NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that plaintiff, Rose Barrick, pursuant to Rule 41(a)(1)(i) of the Rules of the United States District Court, hereby dismisses the action captioned above with prejudice. Each party is responsible for their own attorney's fees and costs.

        BY: /s/ *Brent F. Vullings*
        Brent F. Vullings, Esquire
        Attorney for Plaintiff
        bvullings@vullingslaw.com
        Vullings Law Group, LLC
        3953 Ridge Pike, Ste. 102
        Collegeville, PA 19426
        610-489-6060